IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY BROADWAY,

    Plaintiff,                      No. CIV S-09-0192 GGH P

    vs.

LYNN, et al.,

    Defendants.              ORDER

_____/

        Judgment was entered in this case on August 28, 2009. On January 30, 2009 (docket # 5), plaintiff consented to the jurisdiction of the undersigned. On September 8, 2009, plaintiff filed a document inappropriately entitled "objections to the magistrate judge's recommendations" (docket # 14), which filing the court hereby directs the Clerk of the Court to construe as a notice of appeal of the judgment, pursuant to Fed. R. App. P. 4(a). The Clerk is further directed to process the appeal to the Ninth Circuit.

        IT IS SO ORDERED.

DATED: September 24, 2009

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
broa0192.app